NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: U.S. Bank National Association v. Dexia Real Estate Capital Markets    Docket No.: 14-2859

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Kenneth I. Schacter

Firm: Bingham McCutchen LLP

Address: 399 Park Avenue, New York, NY 10022

Telephone: (212) 705-7000     Fax: (212) 702-3622

E-mail: kenneth.schacter

Appearance for: Dexia Real Estate Capital Markets/Appellant
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: David D. Ferguson/Polsinelli PC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 9/16/2014     OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Kenneth I. Schacter

Type or Print Name: Kenneth I. Schacter