# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand and fourteen.

Before:    Ralph K. Winter,
               *Circuit Judge*.

_____

| | |
|---|---|
| U.S. Bank National Association, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C28, Acting by and through its Special Servicer CWCapital Asset Management LLC, | |
| Plaintiff-Appellee, | **ORDER** <br> Docket Nos. 14-2859(L), 14-3582(Con) |
| v. | |
| Dexia Real Estate Capital Markets, FKA Artesia Mortgage Capital Corporation, | |
| Defendant-Third-Party-Plaintiff-Appellant. | |

_____

Appellant moves for an extension of time until December 22, 2014 to file the brief and joint appendix.

IT IS HEREBY ORDERED that the motion is GRANTED.  However, the appeal is dismissed effective December 22, 2014 unless a brief is filed by that date.  A motion for reconsideration or other relief will not stay the effectiveness of this order.  See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

